**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 210 EAL 2023
                                                                      :
                             Respondent                      :
                                                                      :     Petition for Allowance of Appeal
                                                                      :     from the Order of the Superior Court
                             v.                                    :
                                                                      :
                                                                      :
CLINTON DANIELS,                              :
                                                                      :
                             Petitioner                        :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.